IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ENRICO LANZA,           :     Civil No. 3:19-cv-2137
                        :
      Plaintiff         :     (Judge Mariani)
                        :
   v.                   :
                        :
DR. MICHAEL MOCLOCK, *et al.*,  :
                        :
      Defendants        :

## ORDER

**AND NOW**, this 7th day of August, 2020, upon consideration of Defendants' motions (Docs. 18, 24) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motions (Docs. 18, 24) are **GRANTED**.

2. The action against Wexford Services is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge